UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| FARREN ROMANUS DAKIN and CHRISTINA MICHELE DAKIN, | Case No.: 8:19-bk-11138-CPM *[Lead Case]* Chapter 12 |
| | *Substantively consolidated with:* |
| FARREN DAKIN DAIRY, LLC, | Case No.: 8:19-bk-11139-CPM |
| FARREN DAKIN DAIRY, INC., | Case No.: 8:19-bk-11141-CPM |
| Debtors. _____/ | |

**DISCLOSURE OF BUSH ROSS, P.A. PURSUANT TO
SECTION 329(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2016(b)**

Bush Ross, P.A. ("**Bush Ross**"), as counsel for Farren Romanus Dakin and Christina Michele Dakin, Farren Dakin Dairy, LLC, and Farren Dakin Dairy, Inc. (collectively, the "**Debtors**") in this chapter 12 case, hereby files this statement pursuant to section 329(a) of the Bankruptcy Code[1] and Bankruptcy Rule 2016(b).  On or about March 20, 2020, Bush Ross received the sum of $10,000.00 from Farren Dakin Dairy, LLC on behalf of the Debtors, as its post-petition retainer authorized by the *Order Approving the Debtors' Application for Authorization to Employ and Retain Bush Ross, P.A. as Counsel for the Debtors* (Doc. No. 45), which Bush Ross will apply in a manner consistent with such order.

Dated: Tampa, Florida
        March 23, 2020

BUSH ROSS, P.A.
Post Office Box 3913
Tampa, Florida  33601-3913
(813) 224-9255 (telephone)
(813) 223-9620 (fax)
Counsel for the Debtors

By:   /s/ Kathleen L. DiSanto
      Jeffrey W. Warren
      Florida Bar No. 150024

---

[1] All references to the "Bankruptcy Code" are to the applicable section of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* All references to a "Bankruptcy Rule" or "Bankruptcy Rules" are to the applicable to the Federal Rules of Bankruptcy Procedure.

6DP1709.DOCX

jwarren@bushross.com
Kathleen L. DiSanto
Florida Bar No. 58512
*kdisanto@bushross.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 23, 2020, I electronically filed a true and correct copy of the foregoing *Disclosure of Bush Ross, P.A. Pursuant to Section 329(a) of the Bankruptcy Code and Bankruptcy Rule 2016(b)* with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system, and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below.

/s/ Kathleen L. DiSanto
ATTORNEY

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

All parties who receive electronic service via the CM/ECF system

**Via e-mail**

Nathan Wheatley (Nathan.A.Wheatley@usdoj.gov)

6DP1709.DOCX